974

No. 694. DeSmedt, President, American Export Isbrandtsen Lines, Inc., et al. v. Federal Maritime Commission et al. C. A. 2d Cir. Certiorari denied. *Elmer C. Maddy* and *Ronald A. Capone* for petitioners. *Solicitor General Marshall, Assistant Attorney General Sanders, David L. Rose, Jack H. Weiner* and *Robert N. Katz* for the .Federal Maritime Commission, and *H. Thomas Austern* and *William H. Allen* for Ludlow Corp., respondents.

No. 695. Henson v. United States. C. A. 6th Cir. Certiorari denied. *Richard E. Vimont* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 696. Riley, Lake County Engineer v. Bingham et al. Sup. Ct. Ohio. Certiorari denied. *Fred V. Skok* and *Alan D. Wright* for petitioner.

No. 697. Bottone v. United States;
No. 698. Salb v. United States; and
No. 699. Sharff v. United States. C. A. 2d Cir. Certiorari denied. *Arthur Karger* and *Alfred Donati, Jr.*, for petitioner in No. 697. *Moses Polakoff* for petitioner in No. 698. *Sheldon Lowe* for petitioner in No. 699. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States in all three cases. Reported below: 365 F. 2d 389.

No. 705. J. C. Penney Co. v. Marston. C. A. 4th Cir. Certiorari denied. *W. Brown Morton, Jr.*, and *John T. Roberts* for petitioner. *J. Hanson Boyden* and *Herndon P. Jeffreys, Jr.*, for respondent.